IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Kek N YOK
3309 DAvenport St
#2 Omaha NE 68131

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

04 NOV 12 AM 8:52

OFFICE OF THE CLERK

(Enter above the full name of the
plaintiff or plaintiffs)

vs.

NEWt Gingrich's Girlfriend Houston
U S Census how count the
vote of Rent 8 people

COMPLAINT

8:04CV571

(Enter above the full name of the
defendant or defendants)

(Note: If there is more than one plaintiff, a separate sheet can be
attached if needed to list the names and addresses of each plaintiff.
Remember, all plaintiffs must sign the complaint.

I. Parties

(In Item A below, place your name in the first blank and your present
address in the second blank. In Item B below, place the full name of
the defendant in the first blank, his official position in the second
blank, and his place of employment in the third blank.)

A. Name of plaintiff Kek YOK
Address 3309 DAvenport Street #2 omaha NE 68131

B. Defendant U S Census / Girlfriend of Newt Gingrich
Address contact the U s census to give the
address but up to the Gen e/ call the
Emails for this case.

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

US census = Girl friend of NEWt Gingrich in the US house is Attorney at law he had been conurcted me around the

US 1 Adom county in Hestirg NE
2 Norforlk NE
3 Polk county in DSM IA
4 Anoka county in MN
5 little trying here in Douglass county (Tony    )
697-9308
390-9495

* Bob Dole had been lost longtime ago due to Guy Attorney (Houston) Guy NEWt Gingrich's Girlfriend in the US house.

* John Kerry is near to be lost either even he accepted to be a President yet lot of need apply, money issue, sex issue and so on

Guy Attorney
* US house has been sespect of sept 11 tough he did it with scens of evil. but who is she? this complaint must forword to angel in Supreme Justice in D.C./church because Guy is serouse.

**III. State briefly exactly what you want the court to do for you.**

To westigate the Hospital in Resonal Mottellmentel in Hesting NE ur ADon county in hestiny & why John Aschroff resigned for due to his apperent (paron) like Guy Attorney woman chimso resign Not Spanish man.

**IV. Do you want a lawyer to represent you in presenting this claim?**

Yes [✓]  No [ ]  Media Like Bruce Bruce Morton in CBS Radio MortonBrucemorton@cbs.com

If the answer is yes, what have you done to try to get one on your own?

to Hope or to have peace to have a good time.

[Note: Because the court has no funds for paying a lawyer, appointments are made only in a few cases where the judge thinks a lawyer is greatly needed and a lawyer is willing to take the case without expecting to get any fee.]

Signed this 12 day of November, 2004.

3309 Davenport St #2
Omaha Nebraska 68131
KCK   70K

**Signature of plaintiff or plaintiffs**

## DECLARATION MADE UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Guy Attorney/Girlfriend of NEW Gingrich

3309 Davenport St #2

Omaha NE 68131

KeK  YDK

**Signature of plaintiff or plaintiffs**

k:\clerk\proc\forms\compnonpris.wpd
Last update 5/01/03