IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEK N. YOK, | ) | |
| | ) | 8:04cv571 |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| NEWT GINGRICH'S GIRLFRIEND and U.S. CENSUS, | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum and Order entered on this date,

IT IS ORDERED, ADJUDGED and DECREED that this action and the plaintiff's complaint are dismissed without prejudice.

DATED this 15th day of November, 2004.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge